FILED
September 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  ) .<br>v.  )<br>  )<br>JOSHUA ORTEGA,  )<br>  )<br>          Defendant.  ) | Case No. 2:08MJ00305DAD-04<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA ORTEGA__ , Case No. __2:08MJ00305DAD-04__ , Charge __21USC § 841(a)(1) and 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 4, 2008__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court