BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00417 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| JOSHUA ORTEGA, and MARIO SARRANO-ABURTO, | |
| Defendants. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Joshua ORTEGA, by and through his counsel, Thomas Johnson, Esq., and defendant Mario SARRANO-ABURTO, by and through his counsel, Dan Koukol, Esq., stipulate and agree that the currently-set status conference on June 30, 2011, should be continued to July 14, 2011, at 9:00 a.m.  The parties further stipulate that the time period from June 30, 2011, up to and including the new status conference date of July 14, 2011, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to review plea agreements for each defendant that were recently provided by the United States to these particular defendants.

1

1  It is anticipated by all parties that these two defendants will
2  enter guilty pleas pursuant to written plea agreements on July 14,
3  2011.
4     For these reasons, the defendants, defense counsel, and the
5  government agree additional time is required for the defense to
6  effectively evaluate the government's pending plea offers and
7  prepare their clients for entry of guilty pleas before this Court.
8  Therefore, all counsel stipulate that the ends of justice are served
9  by the Court excluding such time, so that counsel for each defendant
10 may have reasonable time necessary for effective preparation, taking
11 into account the exercise of due diligence.  18 U.S.C.
12 § 3161(h)(7)(B)(iv).  Therefore, the parties request that the Court
13 find that time should be excluded under 18 U.S.C. § 3161(h)(7)(A)
14 and Local Code T4.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 29, 2011 | By: /s/Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |
| DATED: June 29, 2011 | By: /s/Jason Hitt<br>Authorized to sign for Mr. Johnson on 06-29-11<br>THOMAS JOHNSON, Esq.<br>Attorney for Joshua ORTEGA |
| DATED: June 29, 2011 | By: /s/Jason Hitt<br>Authorized to sign for Mr. Koukol on 06-29-11<br>DAN KOUKOL, Esq.<br>Attorney for Mario SARRANO-ABURTO |

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for June 30, 2011, at 9:00 a.m. is vacated;

2. A status conference and possible change of plea for defendants Joshua ORTEGA and Mario SARRANO-ABURTO is set for July 14, 2011, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial by the Court excluding such time. This finding is based upon the need for counsel for each defendant to have reasonable time for continuing effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from June 30, 2011, up to and including July 14, 2011.

Dated: June 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE