THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Joshua Ortega

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-0417-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUNG STATUS CONFERENCE |
| vs. | |
| JOSHUA ORTEGA, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for September 29, 2011 at 10:00 a.m. is continued to September 29, 2011 at 2:00 p.m. in the same courtroom as to Joshua Ortega only for change of plea.

**IT IS SO STIPULATED.**

DATED: September 27, 2011           By:    /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Defendant
                                           JOSHUA ORTEGA

1 | DATED:  September 27, 2011 | BENJAMIN WAGNER
United States Attorney

By: /s/ Thomas A. Johnson for
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -