1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California  95814
   Telephone:  (916) 422-4022
3  Attorney for Defendant, Joshua Ortega

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSHUA ORTEGA, et al.,<br><br>    Defendants. | Case No.: 2:08-cr-0417-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 5, 2011 at 10:00 a.m. is continued to February 2, 2012 at 10:00 a.m. in the same courtroom.  The continuance is requested because defense counsel recently concluded a trial in the Sacramento Superior Court and needs additional time to prepare for the Pre-Sentence Report (PSR).  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  October 26, 2011         By:   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       JOSHUA ORTEGA

1   DATED: October 26, 2011                    BENJAMIN WAGNER
                                               United States Attorney
2
                                        By:    /s/ Thomas A. Johnson for
3                                              JASON HITT
                                               Assistant United States Attorney
4   **IT IS SO ORDERED.**

5
    Dated:  December 12, 2011
6
                                               _____
7
                                               MORRISON C. ENGLAND, JR
8                                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA ORTEGA, et. al,<br><br>    Defendants. | Case No.: 2:08-cr-0417-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | September 29, 2011<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | February 2, 2012 |
| Reply or Statement | January 26, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 19, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 12, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 5, 2012 |

| | |
|---|---|
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | December 22, 2011 |

Copies of this schedule are to be provided to the Probation Officer.

   IT IS SO ORDERED.

Dated: December 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE