THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Joshua Ortega

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>JOSHUA ORTEGA, et al.,<br><br>      Defendants. | Case No.: 2:08-cr-0417-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGEMENT AND SENTENCING AND MODIFICATION OF PSR SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for April 26, 2012 at 9:00 a.m. is continued to May

31, 2012 at 9:00 a.m. in the same courtroom.   The continuance is requested because

defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).

Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's

attorney, both agree to this continuance.


**IT IS SO STIPULATED.**


DATED:  March 14, 2012           By:   /s/ Thomas A. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for Defendant
                                   JOSHUA ORTEGA

DATED:  March 14, 2012

BENJAMIN WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

March 16, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

JOSHUA ORTEGA,

         Defendant.

       )
       )
       )
       )
       )
       )
       )
       )
       )
       )

Case No.: 2:08-cr-0417-MCE

MODIFICATION OF SCHEDULE FOR
PRE-SENTENCE REPORT AND FOR
FILING OF OBJECTIONS TO THE PRE-
SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

Date of Referral to Probation Officer:        September 29, 2011
                                        (Date of Plea or Verdict)

Judgment and Sentencing date:        May 31, 2012

Reply or Statement        May 24, 2012

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and        May 17, 2012
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later        May 10, 2012
than:

Counsel's written objections to the Pre-
Sentence Report shall be delivered to the        May 3, 2012
Probation Officer and opposing counsel
no later than:

The proposed Pre-Sentence Report        April 19, 2012
shall be disclosed to counsel no later than:

Copies of this schedule provided to: _____ AUSA _____ Defense Counsel _____ USPO

Dated:                    By: ___/s/_____

COURTROOM CLERK