1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California  95814
   Telephone:  (916) 422-4022
3  Attorney for Defendant, Joshua Ortega
4

5              IN THE UNITED STATES DISTRICT COURT
6              FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,              ) Case No.: 2:08-cr-0417-MCE
                                          )
9               Plaintiff,                ) STIPULATION AND ORDER FOR
                                          ) CONTINUANCE OF JUDGMENT AND
10      vs.                               ) SENTENCING AND MODIFICATION
                                          ) OF PSR SCHEDULE
11 JOSHUA ORTEGA, et al.,                 )
                                          )
12              Defendants.               )
                                          )
13

14     **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

15 Judgment and Sentencing scheduled for May 31, 2012 at 9:00 a.m. is continued to

16 August 2, 2012 at 9:00 a.m. in the same courtroom.  The continuance is requested

17 because defense counsel needs additional time to prepare for the Pre-Sentence Report

18 (PSR).  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson,

19 Defendant's attorney, both agree to this continuance.

20

21 **IT IS SO STIPULATED.**

22

23 DATED: May 29, 2012              By:   /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
24                                        Attorney for Defendant
                                          JOSHUA ORTEGA

1  DATED: May 29, 2012                                   BENJAMIN WAGNER
                                                         United States Attorney
2
                                                   By:   /s/ Thomas A. Johnson for
3                                                        JASON HITT
                                                         Assistant United States Attorney
4

5
   **IT IS SO ORDERED.**
6

7
   Dated: May 30, 2012
8
                                                         _____
9
                                                         MORRISON C. ENGLAND, JR
10                                                       UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA ORTEGA,<br><br>　　　　Defendant. | Case No.: 2:08-cr-0417-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | September 29, 2011<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | August 2, 2012 |
| Reply or Statement | July 26, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 19, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 12, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 5, 2012 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | June 20, 2012 |

Copies of this schedule provided to: _____ AUSA    _____ Defense Counsel    _____ USPO

1 | Dated:                                    By:  __/s/_____
2 |                                                        COURTROOM CLERK
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Case 2:08-cr-00417-MCE   Document 183   Filed 05/30/12   Page 4 of 4